UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **CALVIN RODRIGUE**<br>**LA. DOC #248547** | **CIVIL ACTION NO. 09-0985**<br>**Section P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **MOREHOUSE DETENTION**<br>**CENTER, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons set forth in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims against Defendant "unnamed insurance company" are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Motion for Summary Judgment [Doc. No. 30] filed by remaining Defendants Mike Tubbs, Sheriff of Morehouse Parish; Warden Robert Tapp; Assistant Warden Issaic Brown; Nurse S. Grayson; Lieutenant Brad Fife; and Sergeant Clacks is hereby DENIED.

IT IS FURTHER ORDERED that this matter is REFERRED to Magistrate Judge Karen L. Hayes to conduct a conference with the parties, to issue a new scheduling order, and conduct all further proceedings consistent with the Court's Ruling.

MONROE, LOUISIANA, this 20th day of December, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE