UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| CALVIN RODRIGUE | CIVIL ACTION NO. 09-985 |
| VERSUS | JUDGE ELIZABETH ERNY FOOTE |
| MOREHOUSE DETENTION CENTER, ET AL | MAGISTRATE JUDGE KAREN L. HAYES |

## FINAL JUDGMENT

A bench trial in this matter was held on February 7 and 8, 2012 in Monroe, Louisiana, Judge Elizabeth Foote, presiding. Present were Jeananne Self and Ross Owen, Counsel for Plaintiff, and Timothy Richardson, Counsel for Defendants. After reviewing the pleadings, evidence, testimony, post-trial briefs, and applicable law, and for the reasons given in the Court's Memorandum Ruling [Record Document 107],

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment be entered herein against Plaintiff, Calvin Rodrigue, in favor of Defendants, Sgt. Keith Clacks, Assistant Warden Issiac Brown, Warden Robert Tapp, Sheriff Mike Tubbs, and the Morehouse Parish Sheriff's Office, dismissing this action against those parties with prejudice.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that judgment be entered herein in favor of Plaintiff, Calvin Rodrigue, and against Defendants, Lt. Brad Fife and Nurse Grayson, who are jointly and severally liable to plaintiff Calvin Rodrigue in the amount of $280,000 in general compensatory damages, $10,000 in court costs, and interest as allowed by law.

Thus done and signed on the 28th[th] day of November, 2012 in Shreveport, Louisiana.

*[signature]*
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE